

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-15-00191-CR

MARK EDWARD COVINGTON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 1524835

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Mark Edward Covington was convicted by a Hopkins County jury in this case of witness tampering[1] and assessed punishment of confinement in the Texas Department of Criminal Justice Correctional Institutions Division for life. This case was tried with a companion case, which is the subject of another appeal pending before this Court.[2] Covington filed a single, consolidated brief covering both appeals in which he contends that the trial court erred (1) in refusing to inquire into the qualifications of the grand jury members and (2) in submitting a charge to the jury that allowed his conviction on a less than unanimous verdict of guilty.

The arguments raised in this appeal are precisely the same arguments brought before this Court in the companion appeal styled *Covington v. State*, cause number 06-15-00190-CR. In our opinion of this date disposing of that appeal, we found (1) that Covington failed to preserve error regarding the qualifications of the grand jurors and (2) that the trial court did not err in its charge to the jury. For the reasons set out in that opinion, we overrule Covington's points of error as they apply to this appeal.

---

[1]*See* TEX. PENAL CODE ANN. § 36.05(a)(2) (West Supp. 2015).

[2]In his companion case, filed under cause number 06-15-00190-CR, Covington appeals from his conviction of another count of witness tampering.

We affirm the judgment of the trial court.


Bailey C. Moseley
Justice

Date Submitted:     March 17, 2016
Date Decided:      May 25, 2016

Do Not Publish